| United States Bankruptcy Court<br>**EASTERN** DISTRICT OF **MICHIGAN** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Greschak, Tommie Dennis* | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>*Greschak, Kelly Michelle* |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*fka Kelly Michelle MacPhee* |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN<br>(if more than one, state all): *2291* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN<br>(if more than one, state all): *0892* |
| Street Address of Debtor (No. and Street, City, and State):<br>*21612 Lakeshire*<br>*Saint Clair Shores MI*    ZIPCODE *48081* | Street Address of Joint Debtor (No. and Street, City, and State):<br>*21612 Lakeshire*<br>*Saint Clair Shores MI*    ZIPCODE *48081* |
| County of Residence or of the<br>Principal Place of Business: *Macomb* | County of Residence or of the<br>Principal Place of Business: *Macomb* |
| Mailing Address of Debtor (if different from street address):<br>*SAME*    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>*SAME*    ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *NOT APPLICABLE*    ZIPCODE | |

**Type of Debtor** (Form of organization)

(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 11 Debtors:**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Tommie Dennis Greschak and** |
| | **Kelly Michelle Greschak** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**     (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**     (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:  *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | **X** /s/ Donald N. Perkins                                7/ 4/2010 |
| | Signature of Attorney for Debtor(s) Donald N. Perkins              Date |
| | 2 Crocker Blvd., Suite 202 |
| | Mt. Clemens, MI 48043 |
| | Phone: (586) 465-6000 |
| | Email: dperkins75@comcast.net |
| | [P49006] |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and exhibit C is attached and made a part of this petition. |
| ☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☒ Exhibit D completed and signed by the debtor is attached and made part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes.) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ |
| (Name of landlord that obtained judgment) |
| _____ |
| (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Tommie Dennis Greschak and**<br>**Kelly Michelle Greschak** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Tommie Dennis Greschak**
Signature of Debtor    Tommie Dennis Greschak

X **/s/ Kelly Michelle Greschak**
Signature of Joint Debtor    Kelly Michelle Greschak

Telephone Number (if not represented by attorney)

**7/ 4/2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

**7/ 4/2010**
(Date)

### Signature of Attorney*

X **/s/ Donald N. Perkins**
Signature of Attorney for Debtor(s)

**Donald N. Perkins [P49006]**
Printed Name of Attorney for Debtor(s)

**Law Office of Donald Perkins**
Firm Name

**2 Crocker Blvd., Suite 202**
Address

**Mt. Clemens, MI 48043**

**dperkins75@comcast.net**

**(586)465-6000**
Telephone Number

**7/ 4/2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**7/ 4/2010**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re *Tommie Dennis Greschak and Kelly Michelle Greschak*

Case No.

Chapter  **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $      33,266.67 | | |
| B-Personal Property | *Yes* | *4* | $      45,930.00 | | |
| C-Property Claimed as Exempt | *Yes* | *4* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $      0.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $      0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *7* | | $      274,235.81 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      3,104.33 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $      3,067.83 |
| TOTAL | | *22* | $      79,196.67 | $      274,235.81 | |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re *Tommie Dennis Greschak and Kelly Michelle Greschak*     Case No.

Chapter **7**

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 3,104.33 |
| Average Expenses (from Schedule J, Line 18) | $ 3,067.83 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 3,907.67 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 274,235.81 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 274,235.81 |

In re *Tommie Dennis Greschak and Kelly Michelle Greschak*         Case No. _____
_____                              (if known)
                    Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     _23___ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: *7/4/2010* _____         Signature  */s/ Tommie Dennis Greschak*
                                                    _____
                                                    *Tommie Dennis Greschak*


Date: *7/4/2010* _____         Signature  */s/ Kelly Michelle Greschak*
                                                    _____
                                                    *Kelly Michelle Greschak*

                                        [If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re *Tommie Dennis Greschak and Kelly Michelle Greschak*,          Case No._____

                   Debtor(s)          (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *house, marital residence, 21612 Lakeshire, St. Clair Shores, MI; home is titled in debtors' name, as well as in the mother name (Cynthia Fortner)of debtor's spouse, all as joint tenants.*<br><br>*SEV-based value is $102,600 ($51,300 x 2), but actual market value is $49,900.00, which is the price debtors and her extended family paid for the home 9 months ago.*<br><br>*Since debtors only have a 2/3 ownership interest in the property, the value to debtors is listed at $33,266.67 (2/3 of $49,900)* | *Joint Tenants in Common* | J | $ 33,266.67 | $ 0.00 |
| No continuation sheets attached | **TOTAL $**<br>(Report also on Summary of Schedules.) | | *33,266.67* | |

In re _Tommie Dennis Greschak and Kelly Michelle Greschak_ ,     Case No. _____

Debtor(s)                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified in the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *cash* <br> *Location: In debtor's possession* | J | $ 25.00 |
| | | *Mistubishi widescreen TV, 6 yrs old* <br> *Location: In debtor's possession* | J | $ 250.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *checking account, Comerica Bank* <br> *Location: In debtor's possession* | J | $ 6,500.00 |
| | | *savings account, Comerica Bank (account is joint with debtors and with debtor's mother)* <br> *Location: In debtor's possession* | J | $ 1,550.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *stove & dishwasher, 1+ yrs old* <br> *Location: In debtor's possession* | J | $ 200.00 |
| | | *baby crib & asst. children's toys* <br> *Location: In debtor's possession* | J | $ 100.00 |
| | | *bedroom set #1, 8 yrs old* <br> *Location: In debtor's possession* | J | $ 300.00 |
| | | *bedroom set #2, 10 yrs old* <br> *Location: In debtor's possession* | J | $ 200.00 |

10-62156-pjs    Doc 1    Filed 07/09/10    Entered 07/09/10 16:03:45    Page 8 of 43

In re <u>*Tommie Dennis Greschak and Kelly Michelle Greschak*</u>  ,   Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Dell Computer, 1 year old<br>Location: In debtor's possession | J | $ 300.00 |
| | | dining table w/chairs, 5 yrs old<br>Location: In debtor's possession | J | $ 150.00 |
| | | lawnmower, asst. lawn tools, asst. household hand tools, 5+ yrs<br>Location: In debtor's possession | J | $ 200.00 |
| | | living room set, 5 yrs old<br>Location: In debtor's possession | J | $ 350.00 |
| | | patio set (12 yrs old) & children's swing set (1 year old)<br>Location: In debtor's possession | J | $ 300.00 |
| | | pots & pans, dishware, small kitchen appliances<br>Location: In debtor's possession | J | $ 100.00 |
| | | refridgerator, 1 year old<br>Location: In debtor's possession | J | $ 350.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothing, adult male & female, and children's<br>Location: In debtor's possession | J | $ 200.00 |
| 7. Furs and jewelry. | | engagement ring, wedding band, & asst. costume jewelry | J | $ 600.00 |

Page __2__ of __4__

In re _Tommie Dennis Greschak and Kelly Michelle Greschak_ ,     Case No. _____
(if known)

Debtor(s)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Location: In debtor's possession | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401k Location: In debtor's possession | W | $ 23,338.00 |
| | | 401k Location: In debtor's possession | H | $ 5,242.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Page  3  of  4

In re <u>**Tommie Dennis Greschak and Kelly Michelle Greschak**</u> , Case No. _____

                      Debtor(s)                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *automobile, 2000 Buick LeSabre, 60,000+ miles*<br>*Location: In debtor's possession* | J | $ 3,675.00 |
| | | *truck, 1991 Ford F-150 pick-up truck, 78,000+ miles*<br>*Location: In debtor's possession* | J | $ 1,700.00 |
| 26. Boats, motors, and accessories. | | *fishing boat, 14 years old*<br>*Location: In debtor's possession* | J | $ 300.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page ___4___ of ___4___                                                **Total** ➡       $ 45,930.00

(Report also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re **Tommie Dennis Greschak** ,
Case No. _____

Debtor(s)
(if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☒ 11 U.S.C. § 522(b) (2)
☐ 11 U.S.C. § 522(b) (3)

| Description of Property<br>**Claimed By Husband** | Specify Law<br>Providing each<br>Exemption | Value of<br>Claimed<br>Exemption | Current<br>Value of Property<br>Without Deducting<br>Exemptions |
|---|---|---|---|
| house, marital residence, 21612 Lakeshire, St. Clair Shores, MI | 11 USC 522(d)(1) | $ 16,633.34 | $ 33,266.67 |
| cash | 11 U.S.C. § 522(d)(5) | $ 12.50 | $ 25.00 |
| Mistubishi widescreen TV, 6 yrs old | 11 USC 522(d)(5) | $ 125.00 | $ 250.00 |
| checking account, Comerica Bank | 11 USC 522(d)(5) | $ 3,250.00 | $ 6,500.00 |
| savings account, Comerica Bank | 11 U.S.C. § 522(d)(5) | $ 775.00 | $ 1,550.00 |
| stove & dishwasher, 1+ yrs old | 11 USC 522(d)(3) | $ 100.00 | $ 200.00 |
| baby crib & asst. children's toys | 11 USC 522(d)(3) | $ 50.00 | $ 100.00 |
| bedroom set #1, 8 yrs old | 11 USC 522(d)(3) | $ 150.00 | $ 300.00 |
| bedroom set #2, 10 yrs old | 11 USC 522(d)(3) | $ 100.00 | $ 200.00 |
| Dell Computer, 1 year old | 11 USC 522(d)(3) | $ 150.00 | $ 300.00 |
| dining table w/chairs, 5 yrs old | 11 USC 522(d)(3) | $ 75.00 | $ 150.00 |
| lawnmower, asst. lawn tools, asst. household hand tools, 5+ yrs | 11 USC 522(d)(3) | $ 100.00 | $ 200.00 |

Page No. __1__ of __4__

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re _Tommie Dennis Greschak_ ,      Case No. _____

           Debtor(s)                                                   (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property<br>**Claimed By Husband** | Specify Law<br>Providing each<br>Exemption | Value of<br>Claimed<br>Exemption | Current<br>Value of Property<br>Without Deducting<br>Exemptions |
|---|---|---:|---:|
| living room set, 5 yrs old | 11 USC 522(d)(3) | $ 175.00 | $ 350.00 |
| patio set (12 yrs old)  & children's swing set (1 year old) | 11 USC 522(d)(3) | $ 150.00 | $ 300.00 |
| pots & pans, dishware, small kitchen appliances | 11 USC 522(d)(3) | $ 50.00 | $ 100.00 |
| refridgerator, 1 year old | 11 USC 522(d)(3) | $ 175.00 | $ 350.00 |
| clothing, adult male & female, and children's | 11 USC 522(d)(3) | $ 100.00 | $ 200.00 |
| engagement ring, wedding band,  & asst. costume jewelry | 11 USC 522(d)(4) | $ 300.00 | $ 600.00 |
| 401k | 11 USC 522(d)(12) | $ 5,242.00 | $ 5,242.00 |
| automobile, 2000 Buick LeSabre, 60,000+ miles | 11 USC 522(d)(2) | $ 1,837.50 | $ 3,675.00 |
| truck, 1991 Ford F-150 pick-up truck, 78,000+ miles | 11 USC 522(d)(2) | $ 850.00 | $ 1,700.00 |
| fishing boat, 14 years old | 11 U.S.C. § 522(d)(5) | $ 150.00 | $ 300.00 |

Page No. ___2___ of ___4___

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re **Kelly Michelle Greschak** ,                    Case No. _____

_____                              (if known)

Debtor(s)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☒ 11 U.S.C. § 522(b) (2)

☐ 11 U.S.C. § 522(b) (3)

| Description of Property<br>**Claimed By Wife** | Specify Law<br>Providing each<br>Exemption | Value of<br>Claimed<br>Exemption | Current<br>Value of Property<br>Without Deducting<br>Exemptions |
|---|---|---|---|
| *house, marital residence, 21612 Lakeshire, St. Clair Shores, MI* | *11 USC 522(d)(1)* | $ 16,633.34 | $ 33,266.67 |
| *cash* | *11 U.S.C. § 522(d)(5)* | $ 12.50 | $ 25.00 |
| *Mistubishi widescreen TV, 6 yrs old* | *11 USC 522(d)(5)* | $ 125.00 | $ 250.00 |
| *checking account, Comerica Bank* | *11 USC 522(d)(5)* | $ 3,250.00 | $ 6,500.00 |
| *savings account, Comerica Bank* | *11 U.S.C. § 522(d)(5)* | $ 775.00 | $ 1,550.00 |
| *stove & dishwasher, 1+ yrs old* | *11 USC 522(d)(3)* | $ 100.00 | $ 200.00 |
| *baby crib & asst. children's toys* | *11 USC 522(d)(3)* | $ 50.00 | $ 100.00 |
| *bedroom set #1, 8 yrs old* | *11 USC 522(d)(3)* | $ 150.00 | $ 300.00 |
| *bedroom set #2, 10 yrs old* | *11 USC 522(d)(3)* | $ 100.00 | $ 200.00 |
| *Dell Computer, 1 year old* | *11 USC 522(d)(3)* | $ 150.00 | $ 300.00 |
| *dining table w/chairs, 5 yrs old* | *11 USC 522(d)(3)* | $ 75.00 | $ 150.00 |
| *lawnmower, asst. lawn tools, asst. household hand tools, 5+ yrs* | *11 USC 522(d)(3)* | $ 100.00 | $ 200.00 |

Page No. ___3___ of ___4___

10-62156-pjs   Doc 1   Filed 07/09/10   Entered 07/09/10 16:03:45   Page 14 of 43

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re _Kelly Michelle Greschak_ ,    Case No. _____

  Debtor(s)                                                    (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property<br>**Claimed By Wife** | Specify Law<br>Providing each<br>Exemption | Value of<br>Claimed<br>Exemption | Current<br>Value of Property<br>Without Deducting<br>Exemptions |
|---|---|---|---|
| living room set, 5 yrs old | 11 USC 522(d)(3) | $ 175.00 | $ 350.00 |
| patio set (12 yrs old) & children's swing set (1 year old) | 11 USC 522(d)(3) | $ 150.00 | $ 300.00 |
| pots & pans, dishware, small kitchen appliances | 11 USC 522(d)(3) | $ 50.00 | $ 100.00 |
| refridgerator, 1 year old | 11 USC 522(d)(3) | $ 175.00 | $ 350.00 |
| clothing, adult male & female, and children's | 11 USC 522(d)(3) | $ 100.00 | $ 200.00 |
| engagement ring, wedding band, & asst. costume jewelry | 11 USC 522(d)(4) | $ 300.00 | $ 600.00 |
| 401k | 11 USC 522(d)(12) | $ 23,338.00 | $ 23,338.00 |
| automobile, 2000 Buick LeSabre, 60,000+ miles | 11 USC 522(d)(2) | $ 1,837.50 | $ 3,675.00 |
| truck, 1991 Ford F-150 pick-up truck, 78,000+ miles | 11 USC 522(d)(2) | $ 850.00 | $ 1,700.00 |
| fishing boat, 14 years old | 11 U.S.C. § 522(d)(5) | $ 150.00 | $ 300.00 |

Page No. __4__ of __4__

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re _Tommie Dennis Greschak and Kelly Michelle Greschak_ ,      Case No. _____
                                   **Debtor(s)**                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien — H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| No continuation sheets attached | | | | **Subtotal $** (Total of this page) | | $ 0.00 | $ 0.00 |
| | | | | **Total $** (Use only on last page) | | $ 0.00 | $ 0.00 |
| | | | | (Report also on Summary of Schedules.) | | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) | |

In re _Tommie Dennis Greschak and Kelly Michelle Greschak_ ,          Case No._____
                          **Debtor(s)**                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

In re _Tommie Dennis Greschak and Kelly Michelle Greschak_ ,    Case No._____

<b>Debtor(s)</b> (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> Creditor # : 1 <br> At&t <br> 32 Avenue of the Americas <br> New York NY 10013-2412 | | H | Pre Mar 2010 <br> Old Telephone Bill | | | | $ 26.00 |
| Account No: <br><br> Representing: <br> At&t | | | Collection Company of America <br> 700 Longwater Drive <br> Suite 200 <br> Norwell MA 02061-1796 | | | | |
| Account No:    2001 <br> Creditor # : 2 <br> Beaumont Hospitals <br> 500 Stephenson Hwy <br> P.O. Box 5044 <br> Troy MI 48007 | | W | Nov 2008 <br> Medical Bills | | | | $ 160.00 |
| Account No:    2001 <br> Representing: <br> Beaumont Hospitals | | | Michigan Healthcare Collection <br> P.O. Box 2889 <br> Columbus OH 43216-2889 | | | | |

_6_ continuation sheets attached

Subtotal $    $ 186.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Tommie Dennis Greschak and Kelly Michelle Greschak_ ,      Case No. _____

Debtor(s)                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 8357<br>Creditor # : 3<br>Chase Card Services<br>P.O. Box 15298<br>Wilmington DE 19850-5298 | | W | Pre Mar 2009<br>Credit Card Purchases | | | | $ 780.00 |
| Account No: 8357<br>Representing:<br>Chase Card Services | | | Capital Mgmt. Services, LP<br>726 Exchange St.<br>Suite 700<br>Buffalo NY 14210 | | | | |
| Account No: 8357<br>Representing:<br>Chase Card Services | | | Fredrick Hanna & Assoc.<br>1427 Rosewell Road<br>Marietta GA 30063 | | | | |
| Account No: 7273<br>Creditor # : 4<br>ChaseCard Services-CircuitCity<br>P.O. Box 15298<br>Wilmington DE 19850-5298 | | W | Pre Feb 2009<br>Credit Card Purchases | | | | $ 5,808.00 |
| Account No: 7273<br>Representing:<br>ChaseCard Services-CircuitCity | | | MRS Associates<br>1930 Olney Avenue<br>Cherry Hill NJ 08003 | | | | |
| Account No: 7273<br>Representing:<br>ChaseCard Services-CircuitCity | | | Enhanced Recovery Corporation<br>8014 Bayberry Raod<br>Jacksonville FL 32256-7412 | | | | |

Sheet No. _1_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 6,588.00

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Tommie Dennis Greschak and Kelly Michelle Greschak_____ ,          Case No._____

**Debtor(s)**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 5 ChristianFinancialCredit Union 18441 Utica Road Roseville MI 48066 | | W | Pre Feb 2010 Line of Credit | | | | $ 5,188.81 |
| Account No: Representing: ChristianFinancialCredit Union | | | The LeDuc Group, PLLC 4 Parklane Blvd. Suite 350 Dearborn MI 48126 | | | | |
| Account No:   0065 Creditor # : 6 Chrysler Financial P.O. Box 9001921 Louisville KY 40290 | | H | Mar 2009 Early Lease Turn-in | | | | $ 321.00 |
| Account No:   0065 Representing: Chrysler Financial | | | American Collections Systems P.O. Box 29117 Columbus OH 43229 | | | | |
| Account No:   0065 Representing: Chrysler Financial | | | Focus Receivables Management 1130 Northchase Parkway Suite 150 Marietta GA 30067 | | | | |
| Account No:   1462 Creditor # : 7 CITIBANK-AT&T Universal P.O. Box 6241 Sioux Falls SD 57117 | | W | Pre Feb 2009 Credit Card Purchases | | | | $ 8,936.00 |

Sheet No. _2_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 14,445.81

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Tommie Dennis Greschak and Kelly Michelle Greschak_ ,     Case No._____
      **Debtor(s)**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **1462** <br> *Representing:* <br> CITIBANK-AT&T Universal | | | United Recovery Services <br> P.O. Box 722910 <br> Houston TX 77272-2910 | | | | |
| Account No: **1462** <br> *Representing:* <br> CITIBANK-AT&T Universal | | | Client Sevrvices, Inc. <br> 3451 Harry Truman Blvd. <br> Saint Charles MO 63301-4047 | | | | |
| Account No: **0414** <br> Creditor # : 8 <br> CITIBANK-Home Depot <br> P.O. Box 6497 <br> Sioux Falls SD 57117 | | J | Pre Mar 2009 <br> Credit Card Purchases | | | | $ 5,507.00 |
| Account No: **0414** <br> *Representing:* <br> CITIBANK-Home Depot | | | LTD Finanacial Services <br> 7322 Southwest Freeway <br> Suite 1600 <br> Houston TX 77074 | | | | |
| Account No: **3971** <br> Creditor # : 9 <br> Fifth  Third Bank <br> Fifth Third Center <br> MD10AT92 <br> Cincinnati OH 45263 | | W | 2009 <br> Foreclosed Property | | | | $ 28,940.00 |
| Account No: **3971** <br> *Representing:* <br> Fifth  Third Bank | | | BlattHasenmillerLeibsker&Moore <br> 125 South Wacker Drive <br> Suite 400 <br> Chicago IL 60606-4440 | | | | |

Sheet No. _3_ of _6_ continuation sheets attached to Schedule of            **Subtotal $**     $ 34,447.00
Creditors Holding Unsecured Nonpriority Claims                                       **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Tommie Dennis Greschak and Kelly Michelle Greschak_ ,     Case No._____
      **Debtor(s)**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 2330 <br> Creditor # : 10 <br> Fifth  Third Bank <br> 38 Fountain Square Plaza <br> Cincinnati OH 45202 | | W | 2009 <br> Foreclosed Property | | | | $ 212,000.00 |
| Account No: 9735 <br> Creditor # : 11 <br> HSBC Orchard Bank <br> P.O. Box 60102 <br> City of Industry CA 91716-0102 | | H | 2007-2010 <br> Credit Card Purchases | | | | $ 585.00 |
| Account No: 9735 <br> Representing: <br> HSBC Orchard Bank | | | Professional Recovery Services <br> P.O. Box 1880 <br> Voorhees NJ 08043 | | | | |
| Account No: 9735 <br> Representing: <br> HSBC Orchard Bank | | | Portfolio Recovery Associates <br> P.O. Box 12914 <br> Norfolk VA 23541 | | | | |
| Account No: 7344 <br> Creditor # : 12 <br> HSBC-David's Bridal <br> 90 Christiana Road <br> New Castle DE 19720 | | W | Pre Apr 2006 <br> Credit Card Purchases | | | | $ 2,453.00 |
| Account No: 7344 <br> Representing: <br> HSBC-David's Bridal | | | Capital Mgmt. Services, LP <br> 726 Exchange St. <br> Suite 700 <br> Buffalo NY 14210 | | | | |

Sheet No. __4__ of __6__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 215,038.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Tommie Dennis Greschak and Kelly Michelle Greschak_    ,        Case No. _____
_____**Debtor(s)**_____                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0028 *Creditor # : 13* *J C Penney* *6501 Legacy Drive* *Plano TX 75024-3698* | | W | Pre Mar 2009 *Credit Card Purchases* | | | | $ 1,278.00 |
| Account No:    0028 *Representing:* *J C Penney* | | | *Nationwide Credit, Inc* *P.O. Box 26314* *Lehigh Valley PA 18002-6314* | | | | |
| Account No:    0028 *Representing:* *J C Penney* | | | *G E Consumer Finance* *GEMB* *P.O. Box 981131* *El Paso TX 79998-1131* | | | | |
| Account No: *Creditor # : 14* *Progressive Insurance* *6300 Wilson Mills Road* *Mayfield Village OH 44143* | | H | Pre 2010 *Old insurance bill* | | | | $ 250.00 |
| Account No: *Representing:* *Progressive Insurance* | | | *NCO Financial Services* *507 Prudential Road* *Horsham PA 19044* | | | | |
| Account No:    2900 *Creditor # : 15* *Target National Bank* *P.O. Box 8218* *Mason OH 45040* | | W | Pre Feb 2009 *Credit Card Purchases* | | | | $ 1,343.00 |

Sheet No.   5   of    6   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        $ 2,871.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Tommie Dennis Greschak and Kelly Michelle Greschak_ ,          Case No._____
                          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    2900<br><br>*Representing:*<br>**Target National Bank** | | | **E R Solutions**<br>**800 SW 39th Street**<br>**Renton WA 98057** | | | | |
| Account No.    2900<br><br>*Representing:*<br>**Target National Bank** | | | **I.C. System, Inc.**<br>**444 Highway 96 East**<br>**P.O. Box 64378**<br>**Saint Paul MN 55164-0378** | | | | |
| Account No.    0001<br>*Creditor # : 16*<br>**Verizon Wireless**<br>**295 North Maple Avenue**<br>**Basking Ridge NJ 07920-1002** | W | | **Pre Oct 2009**<br>**Old Telephone Bill** | | | | $ 660.00 |
| Account No.    0001<br><br>*Representing:*<br>**Verizon Wireless** | | | **Miracle Financial Inc**<br>**52 Armstrong Road**<br>**Plymouth MA 02360-4807** | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _6_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 660.00

**Total $**   $ 274,235.81

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Tommie Dennis Greschak and Kelly Michelle Greschak_ / Debtor    Case No. _____

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Chrysler Financial_<br>_P.O. Box 9001921_<br>_Louisville KY  40290_ | Contract Type: _auto lease_<br>Terms: _$278.88 per month_<br>Beginning date: _7/1/2008_<br>Debtor's Interest:<br>Description: _2008 Grand Caravan_<br><br>Buyout Option: _yes_ |

In re <u>**_Tommie Dennis Greschak and Kelly Michelle Greschak_**</u>    / Debtor      Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

Page _1_ of _1_

In re _Tommie Dennis Greschak and Kelly Michelle Greschak_ ,  Case No. _____

    **Debtor(s)**                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Status:<br>_Married_ | RELATIONSHIP(S):<br>_son_<br>_son_ | | AGE(S):<br>_3 years_<br>_1 year_ |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _shipping dept. supervisor_ | _Unemployed_ |
| Name of Employer | _Carbide Technologies Inc._ | |
| How Long Employed | _14 yrs_ | |
| Address of Employer | _18101 Malyn Bldg._<br>_Fraser MI  48026_ | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | _2,686.67_ | $ | _0.00_ |
| 2. Estimate monthly overtime | $ | _0.00_ | $ | _0.00_ |
| 3. SUBTOTAL | $ | _2,686.67_ | $ | _0.00_ |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | _502.67_ | $ | _0.00_ |
| b. Insurance | $ | _379.34_ | $ | _0.00_ |
| c. Union dues | $ | _0.00_ | $ | _0.00_ |
| d. Other (Specify):  _401k contribution_ | $ | _134.33_ | $ | _0.00_ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | _1,016.34_ | $ | _0.00_ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | _1,670.33_ | $ | _0.00_ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | _0.00_ | $ | _0.00_ |
| 8. Income from real property | $ | _0.00_ | $ | _0.00_ |
| 9. Interest and dividends | $ | _0.00_ | $ | _0.00_ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | _0.00_ | $ | _0.00_ |
| 11. Social security or government assistance<br>(Specify): _unemployment comp., net_ | $<br>$ | _0.00_ | $<br>$ | _1,434.00_<br>_0.00_ |
| 12. Pension or retirement income | | | | |
| 13. Other monthly income<br>(Specify): | $ | _0.00_ | $ | _0.00_ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | _0.00_ | $ | _1,434.00_ |
| 15. AVERAGE MONTHLY INCOME   (Add amounts shown on lines 6 and 14) | $ | _1,670.33_ | $ | _1,434.00_ |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals<br>from line 15; if there is only one debtor repeat total reported on line 15) | | **$**   _3,104.33_ | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

   _Debtor's spouse is a terminated auto worker (buy-out) who has been permanently separated.  She is currently collecting unemployment, which will end possibly this year.  At that point, with 2 small children, she expects to stay home for the next several years to provide her own daycare._

**In re** *Tommie Dennis Greschak and Kelly Michelle Greschak* ,                    **Case No.** _____
                                        **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
| a. Are real estate taxes included? Yes ☐ No ☒ | |
| b. Is property insurance included? Yes ☐ No ☒ | |
| 2. Utilities: a. Electricity and heating fuel | $ 280.00 |
| b. Water and sewer | $ 55.00 |
| c. Telephone | $ 95.00 |
| d. Other *cable/internet* | $ 150.00 |
| Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 225.00 |
| 4. Food | $ 700.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 30.00 |
| 7. Medical and dental expenses | $ 240.00 |
| 8. Transportation (not including car payments) | $ 550.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 10.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 70.00 |
| b. Life | $ 0.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 102.50 |
| e. Other | $ 0.00 |
| Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify) *home property taxes* | $ 223.33 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other: | $ 0.00 |
| c. Other: | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other: | $ 0.00 |
| Other: *children's pre-school* | $ 137.00 |
| | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ 3,067.83 |

and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

*Debtor and her spouse and mother purchased a foreclosed home with a number of problems.  They expect substantial home maintenance expenses.*

| | |
|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 16 of Schedule I | $ 3,104.33 |
| b. Average monthly expenses from Line 18 above | $ 3,067.83 |
| c. Monthly net income (a. minus b.) | $ 36.50 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:*Tommie Dennis Greschak*
    *and*
    *Kelly Michelle Greschak*
    *fka Kelly Michelle MacPhee*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                      SOURCE

*Year to date: $15,811.55*      *Carbide Tech. Inc.*
*(ytd as of        6/24/2010)*      *Daimler-Chrysler Corp.*
*Last Year: $151,756.15*
*(2009)*
*Year before: $67,563.34*

---

### 2. Income other than from employment or operation of business

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                      SOURCE

AMOUNT                                          SOURCE

*Year to date: $8688.00 (ytd*          *unemployment compensation*
*2010)*
*   Last Year: $11,048.00*
*(2009)*
*Year before: $14,842.00*
*(2008)*

---

**3. Payments to creditors**

None ☐

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

*Creditor:*
*Address:*

*  Nothing beyond normal monthly*
*payments.*

---

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Christian Financial Credit      Union v Kelly Greshak Case #2010-1061-GC* | *collection action* | *40th District Court 27701 Jefferson St. Clair Shores, MI* | *Default Judgment granted 6/29/2010 against debtor-wife in amount of $5188.81.* |

None ☒ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: Fifth Third Bank* <br> *Address: 38 Fountain Square Plz.* <br>         *Cincinnati, OH 45202* | *Sheriff Sale on 6/12/2009* <br><br> *Surrendered to Lessor 6/18/2010* | *Description: house, 22393 Maple, St. Clair Shores, MI 48081* <br> *Value: $125,000.00, but had $212,075.00 first mortgage lien.* <br><br> *2008 Grand Caravan (early surrender of leased vehicle).* |
| *Chrysler Financial* <br> *P.O. Box 9001921,* <br> *Louisville, KY 40290* | | |

## 6. Assignments and receiverships

None ☒ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Donald N. Perkins Address: 2 Crocker Blvd., Suite 202 Mt. Clemens, MI 48043 Phone: (586) 465-6000 Email: dperkins75@comcast.net [P49006]* | *Date of Payment: Payor: Tommie Dennis Greschak* | *$1,101.00* |

### 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee: Cynthia Fortner Address: Relationship: mother of debtor's spouse* | *Jan. 2010* | *Property: 2009 Grand Caravan Value: $18,000.00* |

None ☒ b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution: ABD Federal Cred. Union Address: 27850 Mound Rd., Warren, MI* | *Account Type and No.: Savings Acct. #0000824822 Final Balance: 0.00* | *Acct. closed 09/2009* |

### 12. Safe deposit boxes

None ☒ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☒    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☒    List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐    If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor: Tommie & Kelly Greschak Address: 22393 Maple Rd., St. Clair Shores, MI 48081* | *Name(s): Tommie & Kelly Greschak (and in early period,    Kelly MacPhee)* | *05/2004 - 12/2009* |

**16. Spouses and Former Spouses**

None ☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None ☒    For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None
☒

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses        in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses        in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    7/ 4/2010            Signature    */s/ Tommie Dennis Greschak*
                            of Debtor

Date    7/ 4/2010            Signature    */s/ Kelly Michelle Greschak*
                            of Joint Debtor
                            (if any)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re *Tommie Dennis Greschak and Kelly Michelle Greschak*          Case No.
                                                                    Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - HUSBAND'S DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. |
| --- |

| **Creditor's Name :** | **Describe Property Securing Debt :** |
| --- | --- |
| *None* | |

Property will be (check one) :

☐ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt          ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. |
| --- |

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
| --- | --- | --- |
| *None* | | ☐ Yes          ☐ No |

## Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date:  *7/ 4/2010*          Debtor:  */s/ Tommie Dennis Greschak*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re *Tommie Dennis Greschak and Kelly Michelle Greschak*

Case No.
Chapter **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| Lessor's Name: | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes    ☐ No |

## Signature of Debtor(s)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _7/ 4/2010_____    Debtor: */s/ Kelly Michelle Greschak*_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re *Tommie Dennis Greschak and Kelly Michelle Greschak*

Case No.
Chapter   7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**Part A -**   Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. | |
|---|---|
| **Creditor's Name :**<br>*None* | **Describe Property Securing Debt :** |

Property will be (check one) :

☐ Surrendered       ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt       ☐ Not claimed as exempt

**Part B -**   Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. _1_ | | |
|---|---|---|
| **Lessor's Name:**<br>*Chrysler Financial* | **Describe Leased Property:**<br><br>*2008 Grand Caravan* | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes       ☒ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date:   _7/ 4/2010_          Debtor:   */s/ Tommie Dennis Greschak* _____

Date:   _7/ 4/2010_          Joint Debtor:   */s/ Kelly Michelle Greschak* _____

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

In re   *Tommie Dennis Greschak*
       *and*
       *Kelly Michelle Greschak*

Case No.

Chapter   **7**

Hon.

_____ / Debtor

## STATEMENT OF ATTORNEY FOR DEBTOR(S)
## PURSUANT TO F.R.BANKR.P.2016(b)

The undersigned, pursuant to F.R.Bankr.P.2016(b), states that:

The undersigned is the attorney for the Debtor(s) in this case.

The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

**[X]**   FLAT FEE

A.   For legal services rendered in contemplation of and in connection with this case, exclusive
of the filing fee paid _____ *1,101.00*

B.   Prior to filing this statement, received _____ *1,101.00*

C.   The unpaid balance due and payable is _____ *0.00*

**[ ]**   RETAINER

A.   Amount of retainer received _____

B.   The undersigned shall bill against the retainer at an hourly rate of _____ . [Or attach firm hourly rate schedule.] Debtor(s)
have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

$ _____ *299.00* of the filing fee has been paid.

In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do
not apply.]

A.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

C.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

D.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

E.   Reaffirmations;

F.   ~~Redemptions;~~

G.   Other: _____

By agreement with the debtor(s), the above disclosed fee does not include the following services:


The source of the payments to the undersigned was from:

A.   __X__   Debtor(s)' earnings, wages, compensation for services performed

B.   _____   Other (describe, including the identify of payor) _____

The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation,
any compensation paid or to paid except as follows:

Dated:   07/04/2010 _____

*/s/ Donald N. Perkins*

Attorney for the Debtor(s) Donald N. Perkins

2 Crocker Blvd., Suite 202
Mt. Clemens, MI 48043
Phone: (586) 465-6000
Email: dperkins75@comcast.net
[P49006]

Agreed:   */s/ Tommie Dennis Greschak*          */s/ Kelly Michelle Greschak*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re *Tommie Dennis Greschak*
    *and*
    *Kelly Michelle Greschak*
    *fka Kelly Michelle MacPhee*

Case No.
Chapter **7**

_____ / Debtor

Attorney for Debtor: **Donald N. Perkins**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _*7/ 4/2010*_____

_*/s/ Tommie Dennis Greschak*_____
Debtor

_*/s/ Kelly Michelle Greschak*_____
Joint Debtor

American Collections Systems
P.O. Box 29117
Columbus, OH  43229


At&T
32 Avenue of the Americas
New York, NY  10013-2412


Beaumont Hospitals
500 Stephenson Hwy
P.O. Box 5044
Troy, MI  48007


BlattHasenmillerLeibsker&Moore
125 South Wacker Drive
Suite 400
Chicago, IL  60606-4440


Capital Mgmt. Services, LP
726 Exchange St.
Suite 700
Buffalo, NY  14210


Chase Card Services
P.O. Box 15298
Wilmington, DE  19850-5298


ChaseCard Services-CircuitCity
P.O. Box 15298
Wilmington, DE  19850-5298


ChristianFinancialCredit Union
18441 Utica Road
Roseville, MI  48066


Chrysler Financial
P.O. Box 9001921
Louisville, KY  40290


CITIBANK-AT&T Universal
P.O. Box 6241
Sioux Falls, SD  57117


CITIBANK-Home Depot
P.O. Box 6497
Sioux Falls, SD  57117

Client Sevrvices, Inc.
3451 Harry Truman Blvd.
Saint Charles, MO  63301-4047


Collection Company of America
700 Longwater Drive
Suite 200
Norwell, MA  02061-1796


E R Solutions
800 SW 39th Street
Renton, WA  98057


Enhanced Recovery Corporation
8014 Bayberry Raod
Jacksonville, FL  32256-7412


Fifth  Third Bank
Fifth Third Center
MD10AT92
Cincinnati, OH  45263


Fifth  Third Bank
38 Fountain Square Plaza
Cincinnati, OH  45202


Focus Receivables Management
1130 Northchase Parkway
Suite 150
Marietta, GA  30067


Fredrick Hanna & Assoc.
1427 Rosewell Road
Marietta, GA  30063


G E Consumer Finance
GEMB
P.O. Box 981131
El Paso, TX  79998-1131


HSBC Orchard Bank
P.O. Box 60102
City of Industry, CA  91716-0102


HSBC-David's Bridal
90 Christiana Road
New Castle, DE  19720

I.C. System, Inc.
444 Highway 96 East
P.O. Box 64378
Saint Paul, MN  55164-0378


J C Penney
6501 Legacy Drive
Plano, TX  75024-3698


LTD Finanacial Services
7322 Southwest Freeway
Suite 1600
Houston, TX  77074


Michigan Healthcare Collection
P.O. Box 2889
Columbus, OH  43216-2889


Miracle Financial Inc
52 Armstrong Road
Plymouth, MA  02360-4807


MRS Associates
1930 Olney Avenue
Cherry Hill, NJ  08003


Nationwide Credit, Inc
P.O. Box 26314
Lehigh Valley, PA  18002-6314


NCO Financial Services
507 Prudential Road
Horsham, PA  19044


Portfolio Recovery Associates
P.O. Box 12914
Norfolk, VA  23541


Professional Recovery Services
P.O. Box 1880
Voorhees, NJ  08043


Progressive Insurance
6300 Wilson Mills Road
Mayfield Village, OH  44143

Target National Bank
P.O. Box 8218
Mason, OH  45040


The LeDuc Group, PLLC
4 Parklane Blvd.
Suite 350
Dearborn, MI  48126


United Recovery Services
P.O. Box 722910
Houston, TX  77272-2910


Verizon Wireless
295 North Maple Avenue
Basking Ridge, NJ  07920-1002